## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| ANDREW P. FLOOD, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Docket No. 1:24-cv-00224-NT |
| | ) |
| WASHINGTON COUNTY JAIL, | ) |
| | ) |
| Respondent. | ) |

## ORDER AFFIRMING THE RECOMMENDED DECISION
## OF THE MAGISTRATE JUDGE

On June 26, 2024, the United States Magistrate Judge filed with the Court his Recommended Decision on the Plaintiff's petition for a writ of habeas corpus (ECF No. 4). The Plaintiff filed an objection to the Recommended Decision on July 15, 2024 (ECF No. 5). I have reviewed and considered the Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the Magistrate Judge for the reasons set forth in the Recommended Decision.

It is therefore **ORDERED** that the Plaintiff's objection is **OVERRULED** and the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The Petitioner's 28 U.S.C. § 2254 petition (ECF No. 1) is hereby **DISMISSED** with prejudice.

It is further **ORDERED** that no certificate of appealability should issue in the event the Petitioner files a notice of appeal, because there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C. § 2253(c)(2).

SO ORDERED.

/s/ Nancy Torresen
United States District Judge

Dated this 18th day of July, 2024.